



1  PHILLIP A. TALBERT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | IN THE MATTER OF THE APPLICATION | CASE NO. 2:17-SW-0010 KJN
   | OF THE UNITED STATES OF AMERICA
12 | FOR A WARRANT AUTHORIZING THE    | [PROPOSED] ORDER
   | INSTALLATION AND MONITORING OF A
13 | TRACKING DEVICE IN OR ON A       | **UNDER SEAL**
   | CHEVROLET TAHOE, WITH LICENSE
14 | PLATE 7TIN649

15     The United States has represented that there exists an ongoing investigation into the firearms

16 trafficking activities of the parties named in the application and order, signed January 6, 2017, which

17 authorized agents of ATF to install and monitor a tracking device in or on a CHEVROLET TAHOE,

18 with license plate 7TIN649, ("TARGET VEHICLE"), for a period of 30 days.

19     The Government has further represented that service of the notice required by Federal Rules of

20 Criminal Procedure 41(f)(2)(C) would compromise the ongoing investigation by disclosing its existence

21 to the targets.

22     Therefore, THE COURT HEREBY ORDERS that the time within which the United States shall

23 be required to serve the notice shall be postponed for 90 days from the date of this Order.

24     Should the United States seek further postponement of the time within which it must serve the

25

26

27

28

1  notice, it shall make further application to this Court.
2      IT IS SO ORDERED.

Dated: Jan 6, 2017

    Hon. Kendall J. Newman
    U.S. MAGISTRATE JUDGE